618

National Builders Bank of Chicago, administrator of the estate of Lottie Gold, deceased, et al., appellees, v. A. A. Sprague and Britton I. Budd, appellants. Gen. No. 39,000.

Opinion filed March 24, 1937.

Gardner, Foote, Morrow & Merrick, for appellants; Walter M. Fowler, of counsel. Irving G. Zazove and Wolf & Love, for appellees; Alexander Wolf, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Becca Alexander and Jennie Levi, appellants, v. Charles H. Stern et al., defendants. Charles H. Stern and Maurice S. Stern, individually and as executors and trustees under the last will and testament of Esther Stern, deceased, appellees. Gen. No. 39,097.

Opinion filed March 24, 1937.

Joseph E. Winterbotham, for certain appellant. Alden, Latham & Young, for certain other appellant; William Tracy Alden, Francis J. Naphin and Norman A. Korfist, of counsel. Lee D. Mathias, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Agatha Janusz, appellant, v. Dr. Lewis Kent Eastman, appellee. Gen. No. 38,849.

Opinion filed March 30, 1937.

Ben Meyers and Hart E. Baker, for appellant. Edward W. Rawlins and James F. Wright, for appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.